FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA 2012 OCT 22  PM 12: 29
SAVANNAH DIVISION

CLERK
SO. DIST. OF GA.

LOIS MERCER,                    )
                               )
        Plaintiff,             )
                               )
v.                             )      CASE NO. CV412-223
                               )
WALMART,                       )
                               )
        Defendant.             )
_____)

### O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 3), to which no objections have been filed.
After a careful de novo review of the record, the report and
recommendation is **ADOPTED** as the Court's opinion in this case
and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The
Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this *20th* day of October 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA