FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 OCT 22 PM 12: 29

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LOIS MERCER,                    )
                                )
        Plaintiff,              )
                                )
v.                              )    CASE NO. CV412-223
                                )
WALMART,                        )
                                )
        Defendant.              )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 3), to which no objections have been filed.
After a careful de novo review of the record, the report and
recommendation is **ADOPTED** as the Court's opinion in this case
and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The
Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _20th_ day of October 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA